# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cleary, Paul J. | NDOK | 04/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FT Magistrate Judge -- Recall | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

US District Court
333 West Fourth St.
Tulsa, OK 74103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America stock | A | Dividend | L | T | | | | | |
| 2. EMC Corp. stock | A | Dividend | K | T | | | | | |
| 3. John Hancock Regional Bank Fund FRBAX | A | Dividend | K | T | | | | | |
| 4. Keycorp | A | Dividend | J | T | | | | | |
| 5. JP Morgan Chase stock | A | Dividend | N | T | | | | | |
| 6. Halliburton stock | A | Dividend | J | T | | | | | |
| 7. Hewlitt Packard stock | A | Dividend | K | T | | | | | |
| 8. DXC Technology Inc. | A | Dividend | J | T | | | | | |
| 9. AT&T Inc. (X) | A | Dividend | K | T | | | | | |
| 10. Motorola Solutions (X) | A | Dividend | J | T | | | | | |
| 11. Dell Technologies (X) | A | Dividend | J | T | | | | | |
| 12. Walt Disney Co. (X) | A | Dividend | J | T | | | | | |
| 13. General Elec. (X) | A | Dividend | K | T | | | | | |
| 14. Halliburton (X) | A | Dividend | L | T | | | | | |
| 15. Hewlett Packard Enterprise (X) | A | Dividend | K | T | | | | | |
| 16. Morgan Stanley (X) | A | Dividend | K | T | | | | | |
| 17. Micro Focus Intl (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cleary, Paul J. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Perspecta Inc. (X) | A | Dividend | J | T | | | | | |
| 19. Pfizer Inc. (X) | A | Dividend | L | T | | | | | |
| 20. AIM Growth CNSDX | A | Dividend | J | T | | | | | |
| 21. Dell Technologies DVMT | C | Dividend | J | T | | | | | |
| 22. Ameriprise | D | Dividend | N | T | | | | | |
| 23. MFS Intl Valu MINIX | A | Dividend | K | T | Sold (part) | 05/04/18 | J | | |
| 24. Mainstay Cushing CSZHX | A | Dividend | J | T | | | | | |
| 25. Oppenheimer Dev. Mrkt. ODMAX | A | Dividend | K | T | Sold (part) | 05/04/18 | J | | |
| 26. Blackrock Emerging Mkt BLSAX | A | Dividend | J | T | | | | | |
| 27. Neuberger & Berman Eq Assets Genesis | A | Dividend | J | T | | | | | |
| 28. Wells Fargo Adv Gwth SGRNX | A | Dividend | K | T | Sold (part) | 05/04/18 | J | | |
| 29. Blkrock Glb MALOX | A | Dividend | K | T | Buy (add'l) | 01/22/18 | J | | |
| 30. Columbia Strat. Inc. LSIZX | A | Dividend | K | T | Sold (part) | 05/04/18 | J | | |
| 31. Corp Prop Assoc 17 REIT | A | Dividend | K | T | | | | | |
| 32. OK Svgs 529 Global Eq Index (DAC) mut fund | A | Dividend | J | T | | | | | |
| 33. OK Savings 529 Global Eq Index (DAC) mut fund | A | Dividend | J | T | | | | | |
| 34. OK Svgs 529 Managed Allocation (DAC) mut fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. OK Svgs 529 Bal Op (DAC) | B | Dividend | J | T | | | | | |
| 36. Bank of America cash acct | A | Interest | J | T | | | | | |
| 37. BH Media 401(k) [Fidelity] | B | Int./Div. | M | T | | | | | |
| 38. -- SPTN 500 Index Inst (FID500 Index) | A | Dividend | L | T | | | | | |
| 39. -- TRP Eq. Inc | A | Dividend | K | T | | | | | |
| 40. -- TRP Blue Chp Gwth | A | Dividend | K | T | | | | | |
| 41. -- FID EXT Mkt Idx | A | Dividend | L | T | | | | | |
| 42. -- Fid Sm Cap Discovery | A | Dividend | K | T | | | | | |
| 43. -- Oakmark Intl I | A | Dividend | K | T | | | | | |
| 44. -- WF Stable Value | A | Dividend | K | T | | | | | |
| 45. -- Baird Core Plus | A | Dividend | J | T | | | | | |
| 46. Nuveen Ltd Term Muny Bond FLTRX | A | Dividend | K | T | Sold (part) | 05/05/18 | J | | |
| 47. Integrity Okla Muny OKMUX | A | Dividend | K | T | | | | | |
| 48. Eaton Vance EIBLX | A | Dividend | K | T | Buy (add'l) | 05/04/18 | J | | |
| 49. Invesco Devel Kkts GTSDX | A | Dividend | J | T | | | | | |
| 50. Deutsche Global Infrastrucure TOLSX | A | Dividend | K | T | | | | | |
| 51. Neuberger Berman Genesis NBGIX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Putnam Absolute Return 300 PYTRX | A | Dividend | K | T | | | | | |
| 53. Goldman Sachs Multi Mgr GIMMX | A | Distribution | K | T | | | | | |
| 54. Mainstay Epoch Global EPSYX | A | Dividend | J | T | | | | | |
| 55. Virtus Multi Sector Short Term Bond PIMSX | A | Interest | J | T | | | | | |
| 56. Columbia Conv. Sec. NCIAX | A | Dividend | J | T | Buy | 05/04/18 | J | | |
| 57. Fed. MDT QISCX | A | Dividend | J | T | Buy | 05/04/18 | J | | |
| 58. MFS Intl Diversif. MDIJX | A | Dividend | J | T | Buy | 05/04/18 | J | | |
| 59. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 1-21: Stock held in JTWROS by ⬛⬛⬛⬛⬛⬛. This joint tenancy was created in 2006. Increased value is due to a significant addition to the JTWROS.

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 04/26/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Cleary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544